No. 12.   GOLDBAUM ET AL. v. UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit;

No. 13.   BANKS v. UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit;

No. 15.   McFEE v. UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit;

No. 133.   BROWN v. UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit;

No. 135.   WATTS v. UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit;

No. 209.   BEATY v. UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit;

No. 215.   STRAUCH ET AL. v. UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit;

No. 249.   BURDICK v. UNITED STATES.   Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit; and

No. 622, October Term, 1953.   MITCHELL v. UNITED STATES.   On petition for rehearing.   *Per Curiam:* In Nos. 12, 13, 15, 133, 135, 209, 215, and 249 the petitions for certiorari are severally granted.   In No. 622, October Term, 1953, the petition for rehearing is granted, the order denying certiorari, 347 U. S. 1012, is vacated, and the petition for writ of certiorari is granted.   The judgments are vacated and the cases are remanded to their respective Courts of Appeals for consideration in the light of *Holland* v. *United States,* 348 U. S. 121; *Friedberg* v. *United States,* 348 U. S. 142; *Smith* v. *United States,*

348 U. S. 147; and *United States* v. *Calderon,* 348 U. S. 160, decided by this Court December 6, 1954.

We have not considered the merits of these cases, nor have we determined their relation to our recent opinions, *supra,* believing that re-examination by the Courts of Appeals is desirable even in those cases remotely involving the principles laid down in the net worth decisions.

MR. JUSTICE BLACK dissents.

*Irvin Goldstein* for petitioners in No. 12. *Joseph B. Keenan, Alvin O. West* and *John W. Graff* for petitioner in No. 13. *Elden McFarland* for petitioner in No. 15. *Lee S. Jones* and *Helen R. Graft* for petitioner in No. 133. *Peyton Ford, Sumner M. Redstone, H. D. Reed* and *Frank A. Bruno* for petitioner in No. 135. *Llewellyn A. Luce* and *W. M. Nicholson* for petitioner in No. 209. *John J. Hooker* for petitioners in No. 215. *Robert M. Taylor* and *John C. Noonan* for petitioner in No. 249. *Temple W. Seay* for petitioner in No. 622 (October Term, 1953).

*Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Holland* and *Ellis N. Slack* for the United States in Nos. 12, 13 and 15. With them were *Meyer Rothwacks* and *Joseph M. Howard* in No. 12, *Murray L. Schwartz* in No. 13, and *David L. Luce* and *Mr. Howard* in No. 15. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce* and *Joseph M. Howard* for the United States in Nos. 133, 135, 209, 215 and 249.

Reported below: No. 12, 204 F. 2d 74; No. 13, 204 F. 2d 666; No. 15, 206 F. 2d 872; No. 133, 209 F. 2d 260; No. 135, 212 F. 2d 275; No. 209, 213 F. 2d 712; No. 215, 213 F. 2d 805; No. 249, 214 F. 2d 768; No. 622 (October Term, 1953), 208 F. 2d 854.